IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ho, Paul Thong P | Case Number: 07 B 19756 |
|---|---|---|
| | Nguyen, Kim D | Judge: Wedoff, Eugene R |
| | Printed: 4/8/08 | Filed: 10/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: February 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,412.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 2,412.00 |
| Totals: | 2,412.00 | 2,412.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lexus Financial Services | Secured | 18,368.00 | 0.00 |
| 2. | American Express Centurion | Unsecured | 1,155.90 | 0.00 |
| 3. | Discover Financial Services | Unsecured | 897.04 | 0.00 |
| 4. | Resorts East Chicago | Unsecured | 1,050.00 | 0.00 |
| 5. | Majestic Star Casino | Unsecured | 700.00 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 7,430.81 | 0.00 |
| 7. | American Express | Unsecured | 377.01 | 0.00 |
| 8. | Verizon Wireless Midwest | Unsecured | 122.35 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 1,390.74 | 0.00 |
| 10. | American Express | Unsecured | 385.62 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 275.77 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 1,307.91 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 1,113.32 | 0.00 |
| 14. | Capital One | Unsecured | 41.23 | 0.00 |
| 15. | Capital One | Unsecured | 860.21 | 0.00 |
| 16. | Capital One | Unsecured | 358.52 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 838.77 | 0.00 |
| 18. | Discover Financial Services | Unsecured | 845.55 | 0.00 |
| 19. | B-Real LLC | Unsecured | 305.49 | 0.00 |
| 20. | B-Real LLC | Unsecured | 131.13 | 0.00 |
| 21. | Bank Of America | Unsecured | 3,903.19 | 0.00 |
| 22. | Bank Of America | Unsecured | 872.70 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 110.52 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 1,673.17 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 6,137.53 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ho, Paul Thong P  
Nguyen, Kim D  
Printed: 4/8/08

Case Number: 07 B 19756  
Judge: Wedoff, Eugene R  
Filed: 10/24/07

| | | | | |
|---|---|---|---:|---:|
| 26. | B-Real LLC | Unsecured | 1,793.25 | 0.00 |
| 27. | Horseshoe Casino Hammond Corp | Unsecured | 2,800.00 | 0.00 |
| 28. | ECast Settlement Corp | Unsecured | 7,656.15 | 0.00 |
| 29. | B-Real LLC | Unsecured | 1,305.05 | 0.00 |
| 30. | ECast Settlement Corp | Unsecured | 836.68 | 0.00 |
| 31. | ECast Settlement Corp | Unsecured | 720.78 | 0.00 |
| 32. | Portfolio Recovery Associates | Unsecured | 539.94 | 0.00 |
| 33. | Resurgent Capital Services | Unsecured | 609.03 | 0.00 |
| 34. | Prime South Bank | Secured | | No Claim Filed |
| 35. | Prime South Bank | Secured | | No Claim Filed |
| 36. | Prime South Bank | Secured | | No Claim Filed |
| 37. | American Express | Unsecured | | No Claim Filed |
| 38. | Bank Of America | Unsecured | | No Claim Filed |
| 39. | Harris Bank | Unsecured | | No Claim Filed |
| 40. | Heller & Frisone Ltd | Unsecured | | No Claim Filed |
| 41. | My Nguyen | Unsecured | | No Claim Filed |

$ 66,913.36          $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____